UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES <br><br> -against- <br><br> Elton Sejdaris          Defendant. | 1:10-cr- 00464-3    (    ) <br><br> ORDER FOR ADMISSION <br> PRO HAC VICE |

The motion of __HELEN PARSONAGE__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __NORTH CAROLINA__; and that his/her contact information is as follows (please print):

Applicant's Name: __HELEN PARSONAGE__

Firm Name: __ELLIOT MORGAN PARSONAGE__

Address: __426 OLD SALEM ROAD__

City / State / Zip: __WINSTON-SALEM, NC 27101__

Telephone / Fax: __336 724 2828__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __ELTON SEJDARIS__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/17/17

_KBF_ _____
United States District / ~~Magistrate Judge~~

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 18 2017
```